IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**FILED**

APR 30 2009

**NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT**

|  |  |  |
|---|---|---|
| YOUNOUS CHEKKOURI, | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-0329 (PLF) |
| | ) | |
| BARACK OBAMA, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**O R D E R**

Upon consideration of the parties' Joint Status Report dated April 3, 2009, it is hereby

ORDERED that:

(1) This matter remains stayed pursuant to this Court's Order of February 2, 2009;

(2) The Protective Order in this matter shall continue to remain in place; and

(3) The Parties shall submit a joint status report no later than July 3, 2009.

_4/20/09_
Date

The Honorable Paul L. Friedman
United States District Judge